IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01729-PAB-MEH

CHRISTINA HERNANDEZ,

     Plaintiff,

v.

ASSET ACCEPTANCE, LLC, a Delaware limited liability company,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 3, 2011.**

     The Parties' Stipulated Motion for Entry of Protective Order [filed September 30, 2011; docket #7] is **granted**. The proposed Protective Order is accepted, issued and filed contemporaneously with this minute order.