**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Megan Fields
Court Reporter: Janet Coppock

Date: August 24, 2012
Time: 67 minutes

**CASE NO.  11-cv-01729-PAB-MEH**

<u>Parties</u>

<u>Counsel</u>

**CHRISTINA HERNANDEZ,**

David Larson
Richard Wynkoop

       Plaintiff,

vs.

**ASSET ACCEPTANCE, LLC,**

Joseph Lico
Steven Wienczkowski

       Defendant.

**TRIAL PREPARATION CONFERENCE**

**9:06 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.

Matter set for 2-day jury trial, set to commence September 10, 2012 at 8:00 a.m.

Plaintiff's Motion is Limine (Doc. #39) filed 8/10/2012.

Comments by Mr. Lico.

Page Two
11-cv-01729-PAB
Trial Preparation Conference
August 24, 2012

**ORDERED:** Plaintiff's Motion is Limine (Doc. #39) is **DENIED as MOOT.**

Plaintiff's Motion in Limine (Doc. #40) filed 8/10/2012.

Comments by Mr. Lico.

**ORDERED:** Plaintiff's Motion in Limine (Doc. #40) is **DENIED as MOOT.**

Plaintiff's Motion in Limine (Doc. #41) filed 8/10/2012.

Comments by. Mr. Wynkoop.

Comments by Mr. Lico.

**ORDERED:** Plaintiff's Motion in Limine (Doc #41) is **GRANTED**.

Defendant's Motion in Limine to Exclude Reference to Unrelated Lawsuits, Complaints or Claims (Doc. #44) filed 8/10/2012.

Comments by Mr. Lico.

Comments by Mr. Larson.

**ORDERED:** Defendant's Motion in Limine to Exclude Reference to Unrelated Lawsuits, Complaints or Claims (Doc. #44) is **DENIED as MOOT.**

Defendant's Motion in Limine to Preclude Reference to or the Introduction of Certain Personnel of Certain Personnel File Documents (Doc. #45) filed 8/10/2012.

Argument by Mr. Lico.

Argument by Mr. Wynkoop

Further Argument by Mr. Lico.

Further Argument by Mr. Wynkoop

Oral request to strike late exhibits made by Mr. Wynkoop.

**ORDERED:** Oral request to strike late exhibits is **DENIED**.

Page Three
11-cv-01729-PAB
Trial Preparation Conference
August 24, 2012

**ORDERED:** Defendant's Motion in Limine to Preclude Reference to or the Introduction of Certain Personnel of Certain Personnel File Documents (Doc. #45) is **TAKEN UNDER ADVISEMENT.**

Court and counsel discuss Judge Brimmer's Practice Standards, jury selection of 9, proposed voir dire, opening statements limited to 20 minutes, jury instructions witnesses and exhibits.

**ORDERED:** Defendant shall prepare an alphabetic list of all exhibits and submit it to the Court

**ORDERED:** Counsel shall prepare a brief statement of the case.

Discussion by Court and counsel regarding filing of Notice of Related Case (Doc. #38) and relevance upon this case.

Argument by Mr. Larson and Mr. Wynkoop.

Argument by Mr. Lico and Mr. Wienczkowski**.**

Further Argument by Mr. Larson and Mr. Wynkoop.

Further Argument by Mr. Lico and Mr. Wienczkowski**.**

**ORDERED:** Defense counsel to produce relevant electronic record or correspondence regarding related case.

**10:13 a.m.    COURT IN RECESS**

**Total in court time:  67 minutes**

**Hearing concluded**