**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-01729-PAB-MEH

CHRISTINA HERNANDEZ,

    Plaintiff,

v.

ASSET ACCEPTANCE, LLC, a Delaware limited liability company,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    This action was tried before a jury of nine duly sworn to try the issues herein with U.S. District Judge Philip A. Brimmer presiding, and the jury rendered a verdict. Accordingly, It is

    ORDERED that final judgment is entered in favor of Defendant ASSET ACCEPTANCE, LLC and against Plaintiff CHRISTINA HERNANDEZ recovers nothing and the action is hereby dismissed. It is

    FURTHER ORDERED that Defendant ASSET ACCEPTANCE, LLC is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 21st day of September, 2012.

FOR THE COURT:
GREGORY C. LANGHAM, CLERK

By: s/Edward P. Butler

Edward P. Butler
Deputy Clerk